

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2021

No. 04-20-00585-CV

**IN THE INTEREST OF A.A.G.; J.A.G, III; J.A.G.; S.A.G.; AND J.G.; CHILDREN**

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-03-37147-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Thus, the 180-day deadline in which this court must dispose of this appeal is May 19, 2021. Appellant's brief was originally due on January 25, 2021. On January 21, 2021, appellant filed a motion for extension of time to file appellant's brief, requesting a thirty-day extension of time. Because of the 180-day deadline in this appeal, appellant's motion is GRANTED IN PART. Appellant's brief is due **no later than February 16, 2021**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court